UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 17-CR-00229(1) (JMB) |
| Plaintiff, | |
| v. | **ORDER** |
| Jarmell Raymond Mayweather, | |
| Defendant. | |

---

This matter is before the Court on Defendant Jarmell Raymond Mayweather's Motion to Appoint Counsel. (Doc. No. 259.) The Court finds that Mayweather is financially unable to employ counsel and that it is in the interest of justice that counsel be assigned.

Therefore, IT IS HEREBY ORDERED that the Motion to Appoint Counsel (Doc. No. 259) is GRANTED and Robert Meyers and Daniel Huddleston of the Office of the Federal Public Defender for the District of Minnesota are appointed to represent Mayweather under 18 U.S.C. § 3006A.

Dated: December 2, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court