UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 17-CR-00229 (JMB/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Jarmell Raymond Mayweather, | |
| Defendant. | |

---

David P. Steinkamp, Nathan Hoye Nelson, and Thomas Calhoun-Lopez, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Daniel P. Huddleston and Robert H. Meyers, Office of the Federal Defender, Minneapolis, MN, for Defendant Jarmell Raymond Mayweather.

---

This matter is before the Court on Defendant Jarmell Raymond Mayweather's motions to reduce sentence (Doc. Nos. 248, 254, 257, 261), through which Mayweather asks the Court to reduce his sentence under 18 U.S.C. § 3582(c), U.S.S.G. § 1B1.10, and the new sentencing guidelines applicable to defendants who receive status points. Because Mayweather's sentence has since been commuted, the Court denies the motions as moot.

On August 19, 2019, Mayweather was sentenced to 132 months in custody. (Doc. No. 188 at 1–2.) After Amendment 821 took effect, Mayweather filed three pro se motions to reduce his sentence. (Doc. Nos. 248, 254, 257.) Mayweather was then appointed counsel, who filed a motion for a twelve-month sentence reduction. (Doc. No. 261 at 1.) Given Mayweather's projected release date of April 22, 2027 (Doc. No. 261-1 at 1), his requested reduction would result on him serving a BOP sentence into 2026. (Doc. No. 261

1

at 6.) On January 22, 2025, an Executive Grant of Clemency commuted Mayweather's sentence to expire on May 16, 2025. (Doc. No. 265 at 18, 22.) Accordingly, the Court can no longer grant Mayweather's requested relief and will deny the pending motions as moot. *See Powell v. McCormack*, 395 U.S. 486, 496–97 (1969) ("Simply stated, a case is moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." (quotation omitted)).

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT Defendant Jarmell Raymond Mayweather's motions to reduce sentence (Doc. Nos. 248, 254, 257, 261) are DENIED AS MOOT.

Dated: February 4, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court